1
 Matthew K. Hobbs, Petitioner v. City of Salida; Christy Doon, in her official capacity as City of Salida Administrator; and Giant Hornet LLC d/b/a High Side! Bar and Grill. Respondents No. 24SC216
Supreme Court of Colorado, En Banc
September 30, 2024
 
           Court
 of Appeals Case No. 23CA73
 
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          Whether
 under subsection 25-12-103(11) the City may excuse violations
 of statewide noise limits set in Colorado's Noise
 Abatement Act by permitting for-profit entities to exceed the
 limits when holding "cultural, entertainment, athletic,
 or patriotic events" on private property, or are such
 permits invalid under the Act.